UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DEREK SAMPLE, | : | |
| Petitioner, | : | Civ. No. 15-5487 (RBK) |
| v. | : | |
| STEPHEN D'ILIO, | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

Presently pending before the Court is respondent's motion for an extension of time to file a response to petitioner's habeas petition. (*See* Dkt. No. 9) Good cause being shown, the motion will be granted, and respondent's response to the habeas petition (Dkt. No. 10) is deemed to be timely filed. This Court will decide the habeas petition in due course.

Accordingly, IT IS this  6th  day of July, 2016,

ORDERED that respondent's motion for an extension of time to file a response to the habeas petition (Dkt. No. 9) is granted and respondent's response to the habeas petition is deemed timely; and it is further

ORDERED that the Clerk shall serve this Order on petitioner by regular U.S. mail.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge